UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MESSERSCHMIDT,

                Plaintiff,

-v-                                  CIVIL ACTION NO. 23 Civ. 4784 (ALC) (SLC)

HOT IN HERE, INC.,                     **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the initial case management conference held today, October 20, 2023, the Court's entry of an initial case management plan is HELD IN ABEYANCE while the parties pursue settlement. By **November 20, 2023**, the parties shall file a joint letter reporting on the status of their settlement discussions.

Dated:     New York, New York
             October 20, 2023

                                            SO ORDERED.

                                            SARAH L. CAVE
                                            **United States Magistrate Judge**