UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES MESSERSCHMIDT,

                Plaintiff,

-v-                               CIVIL ACTION NO. 23 Civ. 4784 (ALC) (SLC)

HOT IN HERE, INC.,                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 16 is GRANTED, and the Court orders as follows:

1. The Court's entry of an initial case management plan remains HELD IN ABEYANCE while the parties pursue settlement.

2. By **December 21, 2023**, the parties shall file a joint letter reporting on the status of their settlement discussions.

Dated:      New York, New York
              November 21, 2023

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**